ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| DIANE PAULSON,<br><br>Plaintiff,<br><br>v.<br><br>BUILDING MATERIALS CORP. OF AMERICA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **STIPULATION AND ORDER EXTENDING TIME FOR SERVICE OF ANSWER**<br><br>Case No. 00-CV-2795 DSD/JMM |

IT IS HEREBY STIPULATED and agreed by the undersigned, as counsel for the above-named Plaintiff, that the time within which Defendant may move, answer, or otherwise plead in this case is extended to January 18, 2001.

Dated: 1/8/01

By ______________________
Patrick M. Connor
Clair Schaff
Attorneys for Plaintiff
925 Lumber Exchange Building
10 South Fifth Street
Minneapolis, Minnesota 55402
(612) 344-1221

2030331v1



JAN 10 2001
CLERK

**ORDER**

Based upon the foregoing stipulation, IT IS HEREBY ORDERED that the time within which Defendant may move, answer, or otherwise plead in the above-captioned case is extended to January 18, 2001.

Dated: 1/10/01

The Honorable John M. Mason
United States Magistrate Judge

2030331v1