UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2795(DSD/JMM)

Diane Paulson,

Plaintiff,

v.

**ORDER**

Building Materials Corp. of America, d/b/a GAF Materials,

Defendant.

Based upon the agreement of the parties to submit their dispute to arbitration, this matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2001

David S. Doty, Judge
United States District Court

FILED 1-29-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 1-29-01
Deputy Clerk's Initials

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| DIANE PAULSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 00-CV-2795 (DSD/JMM) |
| vs. | ) | |
| | ) | AGREEMENT TO ENTRY OF ORDER |
| BUILDING MATERIALS CORP. OF AMERICA, d/b/a GAF MATERIALS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, by and through her counsel, agrees to the entry of the attached order dismissing this action with prejudice based upon the parties agreement to submit their dispute to arbitration.

Dated: January ~~19~~ 22, 2001

Patrick M. Connor
Clair E. Schaff
CONNOR, SATRE & SCHAFF, L.L.P.
Attorney for Plaintiff
925 Lumber Exchange Building
10 South Fifth Street
Minneapolis, Minnesota 55402
(612) 344-1221

FILED
FRANCIS E. DOSAL
JUDGMENT ENTD
DEPUTY CLERK